UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH McKNIGHT, | ) | 3:11-CV-0028-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 16, 2011 |
| | ) | |
| JORGA POWERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motions for U.S. Marshal to serve defendants (#8 & #9) are **DENIED in part** and **GRANTED in part**. In these motions, plaintiff requests that the U.S. Marshal serve the plaintiff, plaintiff's counsel Richard Cornell, and defendant's counsel Catherine Cortez Masto. None of these persons is a party who requires service of process by the U.S. Marshal. The Court will grant the request to serve defendant Jorga Powers as follows:

**IT IS ORDERED** that the Clerk shall issue a summons for **Jorga Powers** and send the same to the U.S. Marshal with the addresses provided under seal (#15). The Clerk shall send to plaintiff one USM-285 form, one copy of the amended complaint (#5), and one copy of this order for the defendant. Plaintiff shall have until **Friday, July 1, 2011** to complete the USM-285 service form and return it along with the other documents to the U.S. Marshal for service.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
        Deputy Clerk