UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| KENNETH McKNIGHT, | 3:11-CV-0028-ECR (VPC) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | June 16, 2011 |
| JORGA POWERS, et al., | |
| Defendants. | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's initial complaint (#4) was properly screened by the Court pursuant to 28 U.S.C. § 1915 and was dismissed with leave to amend (#3). Plaintiff's amended complaint (#5) was also screened by the Court on May 4, 2011 and certain claims were permitted to proceed (#12). On the same date, plaintiff filed a motion to add five defendants and enter exhibits of evidence in support thereof (#10), that motion is **DENIED**. This case shall proceed with the claims and defendants permitted in the Court's screening order (#12).

   If plaintiff seeks to amend his complaint or add parties, he must timely file a proper motion pursuant to Fed.R.Civ.P. 15 and Local Rule 15-1 which requires plaintiff to attach the proposed amended pleading to any motion to amend so that it will be complete in itself without reference to the superseding pleading.

   IT IS SO ORDERED.

                                        LANCE S. WILSON, CLERK

                              By:   /s/
                                        Deputy Clerk