UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH McKNIGHT, | ) | 3:11-CV-0028-ECR (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 16, 2011 |
| JORGA POWERS, et al., | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

    This is a civil rights action brought by *pro se* prisoner plaintiff Kenneth McKnight. Plaintiff has filed a motion for speedy trial pursuant to NRS § 178.556 (#11) which allows for dismissal in a state court *criminal* action for unnecessary delay. Plaintiff's motion (#11) is **DENIED**.

    **IT IS SO ORDERED.**

                                 LANCE S. WILSON, CLERK

                         By:   /s/
                                 Deputy Clerk