# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH McKNIGHT, | ) | 3:11-CV-0028-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 17, 2011 |
| | ) | |
| JORGA POWERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT: <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>     LISA MANN     </u>     REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

    Plaintiff's motion transferring authority for court to subpoena collaborating evidence/medical records in support plaintiff's claim (#13) is **DENIED**. Plaintiff was previously advised that the order granting *in forma pauperis* status does not extend to the issuance and service of subpoenas at government expense (#13).

    **IT IS SO ORDERED.**

                                                             LANCE S. WILSON, CLERK

                                      By: <u>  /s/                              </u>
                                                      Deputy Clerk