# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH McKNIGHT, | ) | 3:11-CV-0028-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | June 17, 2011 |
| | ) | |
| JORGA POWERS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   <u>THE HONORABLE VALERIE P. COOKE</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>     LISA MANN     </u>   REPORTER: <u>NONE APPEARING </u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING                    </u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING                  </u>

**MINUTE ORDER IN CHAMBERS:**

Plaintiff filed a motion for production of transcripts at state expense (#20) pursuant to NRS § 34.370(4) and NRS § 34.760(2).  The defendants filed an opposition (#24).  Plaintiff has also filed another motion for copies (#25) of certain documents filed in this case.  Both motions (#20 & #25) are **DENIED**.

NRS § 34.370(4) and NRS § 34.760(2) are statutes that apply only to cases involving a petition for writ of habeas corpus filed in state court.  If plaintiff wants copies in this case, the Clerk's Office will provide copies of documents and of a docket sheet at 10¢ per page for documents filed on the electronic docket.  Copies are 50¢ per page for documents retrieved from archives or documents requiring manual copying.  Checks in the exact amount should be made payable to "Clerk, USDC."  Please note that *in forma pauperis* status does not include the cost of copies.  It is not the court's obligation to provide litigants, even indigent ones, with copy services.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:<u>     /s/                                </u>
Deputy Clerk