AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

KENNETH C. MCKNIGHT,

    Plaintiff,

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3:11-CV-00028-ECR-VPC

JORGA POWERS, et al.,

    Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 X  **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss [18] is GRANTED, and Plaintiff's complaint is dismissed as follows: 1) Counts I, III, IV, VII are DISMISSED WITHOUT PREJUDICE; and 2) Count II against Defendant Cuddy is DISMISSED WITH PREJUDICE.

March 15, 2012                             LANCE S. WILSON
Date                                               Clerk

                                                           /s/   M. Campbell
                                                              Deputy Clerk