AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF    NEVADA

KENNETH C. MCKNIGHT,

        Plaintiff,

V.

JORGA POWERS, et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 3:11-CV-00028-ECR-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED** that Defendants' Motion to Dismiss [18] is GRANTED, and Plaintiff's complaint is dismissed as follows: 1) Counts I, III, IV, VII are DISMISSED WITHOUT PREJUDICE; and 2) Count II against Defendant Cuddy is DISMISSED WITH PREJUDICE.

March 15, 2012
    Date

**LANCE S. WILSON**
    Clerk

/s/   M. Campbell
    Deputy Clerk